# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR417-050 |
| | ) | |
| JOSHUA SCOTT AND | ) | |
| VICTOR NATSON | ) | |

## **ORDER**

The United States has moved the Court for an Order finding that certain evidence it proposes to introduce at the upcoming trial in this matter is self-authenticating under Fed. R. Evid. 902. Doc. 161. The Government represents that the required certifications and notices were filed in late April and no objections have been filed. *See id.* at 1 (citing Docs. 154, 155 & 160 (filed, respectively, on April 25, 26, and 30, 2018)).

The normal schedule for defendants to file their opposition to any or all of the requests cannot accommodate the scheduled trial date of May 14, 2018. *See* S.D. Ga. L. Crim. R. 12.1 (responses to motions generally must be filed within 14 days). Accordingly, the Court will impose the following deadlines: defendants are **DIRECTED** to file a notice indicating whether or not they oppose the Government's requests no later than 5:00 p.m. EDT on Monday, May 7, 2018. If they oppose,

and notice their opposition as required, they must file any brief in opposition by no later than 5:00 p.m. EDT on Wednesday, May 9, 2018. Failure to timely file either the notice or opposition brief shall indicate that defendants do not oppose the Government's motion.

**SO ORDERED,** this <u>4th</u> day of May, 2018.

_/s/ G. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA