### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. CR 4:17-CR-50 |
| v. | ) |
| | ) |
| VICTOR NATSON and | ) |
| JOSHUA SCOTT | ) |

**UNITED STATES' SUPPLEMENTAL RESPONSE TO COURT ORDER**

The United States files a supplemental response to the Court's July 27 Order. *Cf.* Fed. R. App. P. 28(j). Yesterday, the Eleventh Circuit issued an opinion where it applied the good faith doctrine to the acquisition of historical cell site records obtained before *Carpenter*. *See United States v. Joyner*, --- F.3d ----, 2018 WL 3853443, at *3 (11th Cir. Aug. 14, 2018). In so holding, the Eleventh Circuit noted that "*Carpenter* does not affect our alternative rationale in *Davis*—'that the prosecutors and officers . . . acted in good faith and therefore, under the well-established *Leon* exception to the warrant requirement . . . .'" *Id.* (internal marks and citation omitted).

RESPECTFULLY SUBMITTED this 15th day of August 2018.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Chris Howard*
Chris Howard
Assistant United States Attorney
N.Y. Bar No. 4935938

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 15th day of August 2018.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Chris Howard*
Chris Howard
Assistant United States Attorney

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number:  912-652-4422