# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA

**NOTICE**

V.

JOSHUA SCOTT

CASE NUMBER: CR417-50

| TYPE OF CASE: | ☐ CIVIL | ☒ CRIMINAL |

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Federal Courthouse<br>125 Bull Street<br>Savannah, GA | 1st Floor Courtroom (Baker) |
| | DATE AND TIME |
| | 01/18/2019 at 1:00 pm |

TYPE OF PROCEEDING

Sentencing

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

Scott L. Poff

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

11/14/2018

DATE

s/ Whitney Sharp

(BY) DEPUTY CLERK

Phone No. 912-658-6667

To  Geoffrey Alls
    Christopher Howard
    USMS
    USPO
    CSO's