# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JOSHUA SCOTT, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CV420-290 |
| | ) | CR417-050 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Joshua Scott moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. CR417-050, doc. 305.[1] The Court **DIRECTS** the Government to respond within ninety days from the date of this Order. 28 U.S.C. § 2255 Rule 4(b). Scott has also moved to expand the record pursuant to 28 U.S.C. § 2255 Rule 7. Doc. 306. The Government is **DIRECTED** to file its response in opposition to that motion, if any, contemporaneously with its response to the § 2255 motion.

**SO ORDERED,** this 20th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court is citing to the criminal docket in CR417-050 unless otherwise noted.