UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOSHUA SCOTT, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CV420-290 |
| | ) | CR417-050-2 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. CR417-050, doc. 349; CV420-290, doc. 30. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Scott's 28 U.S.C. § 2255 Motion, as amended, is **GRANTED**. CR417-050, doc. 305; CV422-290, doc. 1. As the Magistrate Judge explained, since Scott is entitled to relief under *United States v. Taylor*, ___ U.S. ___, 142 S. Ct. 2015 (2022), the other grounds asserted in his § 2255 Motion, as amended, are **DISMISSED without prejudice**. The remaining motions are

**DISMISSED as moot**. Docs. 14, 15, 19 & 27.[1] The Clerk is **DIRECTED** to close civil case CV420-290.

It is further **ORDERED** that the United States Probation Office shall revise and update the Presentence Investigation Report as to Defendant and shall disclose the revised report to the parties for review and response in accordance with normal procedures and schedules. Upon receipt of a final revised Presentence Investigation Report, the Court will schedule a resentencing hearing.

**SO ORDERED** this 16 day of March, 2023.

_____
HON. LISA GODBEY WOOD, ~~JUDGE~~
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court cites to the civil docket in CV420-290. The Court notes that the Magistrate Judge previously dismissed Scott's Motion to Appoint Counsel, doc. 27, as counsel will be appointed notwithstanding his Motion. *See* doc. 30 at 2 n. 2.